# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-01258-MMH-MCR |
| NB SHADES, LLC, | ) |
| Defendant. | ) |
| | ) |

## SUGGESTION OF BANKRUPTCY

Defendant, NB Shades, LLC ("Defendant"), notifies the parties to this action that on June 18, 2025, Defendant filed a voluntary petition with the Bankruptcy Court seeking relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 3:25-bk-02032.

Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates to stay the commencement or continuation of any court or other proceedings against Defendant, and the enforcement of any judgment against its property, or to enforce any lien against any of its property.

**THAMES | MARKEY**

By  */s/ Katheryn E. Hancock*
    Katheryn E. Hancock

Florida Bar No. 0085945
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
keh@thamesmarkey.law

Attorneys for NB Shades, LLC

**Certificate of Service**

I certify that, on June 18, 2025, a copy of the foregoing was filed electronically with the Court's CM/ECF filing system which will generate an electronic notice of filing to all creditors and parties in interest who have consented to receiving electronic notices in this case.

*/s/ Katheryn E. Hancock*
Attorney

[864459/1]     -2-