# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHIBUMI SHADE, INC.,

    Plaintiff,

v.                               Case No. 3:24-cv-1258-MMH-MCR

NB SHADES, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. On June 20, 2025, this Court entered an Order staying this case and directing the parties to file a status report on October 20, 2025, and every 120 days thereafter, advising the Court of the status of the bankruptcy proceedings. See Order (Dkt. No. 80). As of this date, the parties have failed to comply with the Order. Accordingly, it is

**ORDERED:**

The parties are directed to show cause by a written response filed on or before **November 12, 2025**, why this case should not be dismissed without prejudice or sanctions imposed due to their failure to comply with this Court's Order.

The parties are cautioned that failure to respond to a Court order may result in dismissal of this matter or the imposition of sanctions without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of October, 2025.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record