**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHIBUMI SHADE, INC.,

     Plaintiff,

     v.

NB SHADES, LLC,

     Defendant.

Case No: 3:24-cv-01258-MMH-MCR

## STIPULATION TO ENTRY OF CONSENT JUDGMENT

Plaintiff Shibumi Shade, Inc. ("Shibumi Shade") and Defendant NB Shades, LLC ("NB Shades") by and through their undersigned counsel, hereby file this Stipulation to Entry of Consent Judgment and state as follows:

1.    Shibumi Shade filed this patent infringement action against NB Shades on May 30, 2024, in the Western District of Texas. [D.E. 1.]

2.    On December 5, 2024, this case was transferred from the Western District of Texas to this District. [D.E. 49.]

3.    On June 18, 2025, NB Shades filed a Notice of Suggestion of Bankruptcy. [D.E. 79.] This case was stayed shortly thereafter on June 20, 2025. [D.E. 80.]

4.    Both parties have actively participated in NB Shades' bankruptcy proceeding and have agreed to a resolution of this case and other disputes

between them. As a condition of settlement, the parties have stipulated to entry of a consent judgment and permanent injunction against NB Shades and in favor of Shibumi Shade in the form attached hereto as **Exhibit A**.

5.     Shibumi and NB Shades expressly waive the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Ru1es of Civil Procedure, and have stipulated to entry of the consent judgment without the need for a trial, argument, or adjudication of any issue of fact or law.

WHEREFORE, Shibumi Shade and NB Shades respectfully request the Court enter the consent judgment and permanent injunction agreed to by the parties and attached to this Motion as Exhibit A, and for such further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) GOOD FAITH CERTIFICATION

Pursuant to Local Rule 3.01(g), the parties have conferred and agreed to jointly seek the relief requested herein.

/s/ *Derek K. Mountford*
Derek K. Mountford

Respectfully submitted,

Dated: October 29, 2025

**WOMBLE BOND DICKINSON (US) LLP**

**THAMES | MARKEY**

*/s/ Derek K. Mountford*
Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
271 17th Street, NW, Suite 2400

By: /s/ *Katheryn E. Hancock*
Katheryn E. Hancock
Florida Bar. No. 0085945
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
Telephone: (904) 358-4000

Atlanta, GA 30363
Telephone: (404) 888-7366
Facsimile: (404) 879-2966
Preston.Heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Facsimile: (443) 769-1502
Julie.Giardina@wbd-us.com

**GUNSTER YOAKLEY & STEWART, P.A.**

Derek Mountford (FL Bar No. 127172)
Ana Johnson (FL Bar No. 111384)
1 Independent Drive, Suite 3200
Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

Facsimile: (904) 358-4001
keh@thamesmarkey.law

*Attorney for Defendant*