# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHIBUMI SHADE, INC.,

    Plaintiff,

v.                                    Case No.: 3:24-cv-1258-MMH-MCR

NB SHADES, LLC, et al.,

    Defendants.

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Shibumi Shade, Inc., and Defendant, NB Shades, LLC, jointly respond to the Court's Order to Show Cause dated October 28, 2025 [D.E. 81], stating as follows:

1. On June 20, 2025, this case was stayed following Defendant's filing of a Suggestion of Bankruptcy [D.E. 79].

2. The parties were ordered to provide a status report on October 20, 2025, regarding the status of the bankruptcy [D.E. 80].

3. The parties failed to provide a timely status report and recognize that failure necessitated the Court's *sua sponte* entry of the Order to Show Cause. The deadline was inadvertently missed by all parties and their counsel, for which they sincerely apologize and make no excuse.

4. By way of explanation, the parties were actively participating in the bankruptcy action and working to resolve their dispute throughout the stay. This includes conducting the required meeting of creditors in Defendant's bankruptcy

1

action and engaging with the United States Trustee appointed to handle that proceeding.

5. Plaintiff and Defendant have been engaged in settlement discussions for many months now, with the culmination of those negotiations taking place on or around the date a status report was originally due. At that time, the parties knew that a settlement was imminent and that the settlement would involve a consent judgment being entered against Defendant to fully and finally resolve this case.

6. On October 27, 2025, the day before the Order to Show Cause was issued, Defendant formally signed and agreed to the final form of the parties' settlement documents. The settlement agreement was countersigned by Plaintiff the following day shortly before the Order to Show Cause was issued.

7. As noted above, a condition to the parties' settlement was that the parties stipulate to entry of a consent judgment against Defendant in this action. That stipulation was filed October 29, 2025, and remains pending. Upon its entry, the parties jointly agree that this case is complete and can be closed.

8. As for Defendant's bankruptcy case, it remains pending and Defendant has not yet obtained his discharge. Once this case is resolved and Plaintiff is no longer a creditor, the parties anticipate the bankruptcy being declared a "no asset" case and Defendant will promptly receive a discharge.

WHEREFORE, Plaintiff, Defendant, and their counsel sincerely apologize for overlooking the Court's status report deadline of October 20, 2025, and the waste of judicial resources that their failure has caused. Moreover, the parties

respectfully request the Court discharge the Order to Show Cause, enter the consent judgment stipulated to by the parties, and close this case.

Dated: November 11, 2025

Respectfully submitted,

*/s/ Nathan A. Evans*

*/s/ Derek K. Mountford*

Nathan A. Evans (admitted *pro hac vice*)
VSB No. 46840
Woods Rogers Vandeventer Black, PLC
123 East Main St., 5th Floor
Charlottesville, VA 22902
Telephone: 434-220-6829
nathan.evans@woodsrogers.com

Joshua F. P. Long (admitted *pro hac vice*)
VSB No. 65684
Woods Rogers Vandeventer Black, PLC
Wells Fargo Tower, Suite 1400
P. O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
Email: joshua.long@woodsrogers.com

Pietro F. Sanitate (admitted *pro hac vice*)
VSB No. 89538
Woods Rogers Vandeventer Black, PLC
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1550
Richmond, VA 23219
Phone: (804) 434-5029
E-mail: pietro.sanitate@woodsrogers.com

**GUNSTER YOAKLEY & STEWART, P.A.**
Derek Mountford (FL Bar No. 127172)
Ana Johnson (FL Bar No. 111384)
One Independent Drive, Suite 3200
Jacksonville, Florida 32202
Telephone: (904) 354-1980
ajohnson@gunster.com
dmountford@gunster.com

**WOMBLE BOND DICKINSON (US) LLP**
Preston H. Heard (*pro hac vice*)
Lead Counsel
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 345536
1331 Spring Street, NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7366
Preston.Heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Fed. Bar No. 21085
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Julie.Giardina@wbd-us.com

***Attorneys for Plaintiff Shibumi Shade, Inc.***

J. Rice Ferrelle, Jr.
Florida Bar No. 835811
Ferrelle Burns, P.A.
241 Atlantic Boulevard, Suite 203
Neptune Beach, Florida 32266
Telephone: 904-372-4177
Email: rferrelle@ferrelleburnslaw.com

***Attorneys for Defendant NB Shades, LLC***